IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID<br>TRANSIT DISTRICT, et al.,<br><br>Defendants. | Case No.  17-cv-05616-CRB<br><br>**ORDER DISMISSING CLAIMS WITH<br>PREJUDICE FOR FAILURE TO<br>PROSECUTE** |

On September 28, 2017, Plaintiff Jason Washington sued Alameda County, certain County officials, and the San Francisco Bay Area Rapid Transit District (BART). See Complaint (dkt. 1).  On August 9, 2018, the Court dismissed Washington's claims against Alameda County, Sheriff Ahern, and Deputy Panconi for failure to prosecute after Washington failed to file a response to the Court's order to show cause.  See Order Granting Mot. to Dismiss (dkt. 52).  BART now attests that "[t]here has been no activity on the case in more than 523 days" and moves to dismiss for lack of prosecution.  See BART Mot. to Dismiss (dkt. 63) at 3.  Washington's response was due by December 2, 2020, but Washington did not file a response.  On December 4, 2020, the Court ordered Washington to show cause why this case should not be dismissed for failure to prosecute. See OSC (dkt. 65).  Washington's response was due Friday, December 11, 2020.  Id.  Once again, Washington did not file a response.

Therefore, Washington's claims against all remaining Defendants, including BART, are hereby dismissed with prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.  See Henderson v. Duncan, 779 F.2d 1421, 1423 (9th

United States District Court
Northern District of California

Cir. 1986).  The Court finds that the public's interest in expeditious resolution of litigation, the court's need to manage its docket, the risk of prejudice to the Defendants caused by Washington's undue delay, and the availability of less drastic sanctions all weigh in favor of dismissal considering Washington's lack of activity and repeated failure to (1) oppose motions to dismiss for failure to prosecute, and (2) respond to orders giving him further opportunities to do so.  See id.

**IT IS SO ORDERED.**

Dated: December 15, 2020



CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

2